March 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VONDA BARNHART, Appellant

NO. 14-12-00167-CV                    V.

SYLVIA MORALES AND LUIS PEREZ, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Sylvia Morales and Luis Perez, signed November 10, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Vonda Barnhart, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.